# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1400
_____

CASEY FAITH WILLIAMS,

Petitioner,

v.

JUDGE GEORGE WRIGHT, JUDGE
MITCHELL BISHOP, SHERIFF
BRAD WHITEHEAD, and STATE
ATTORNEY BRUCE HELLING,

Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


June 9, 2025


PER CURIAM.

DISMISSED.

RAY, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Casey Faith Williams, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.